IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: **BuD W. Bush**   Chapter __13__

Debtor.   Case No. __08-10751 (BLS)__

### DEBTOR(S) CERTIFICATION OF PLAN COMPLETION AND REQUEST FOR DISCHARGE

Debtor(s) hereby certifies under penalty of perjury that the following is true and correct:

1. All plan payments have been completed and the Debtor(s) is entitled to a discharge under 11 U.S.C. § 1328; and

2. That Debtor(s) has paid (or does not have any liability) for domestic support obligations due on or before the date set forth below, including any prepetition amounts to the extent provided for by the plan to:

   Payee: _____
   Address: _____

3. The Debtor(s) certifies, if applicable, that all mortgage obligations, fees, charges and all other amounts due under such mortgage have been paid current as of this date. *Debtor is behind in post petition mortgage payments.*

4. The provisions of 11 U.S.C. § 522(q)(1) are not applicable to my case, pursuant to 11 U.S.C. § 1328(h).

5. There are no proceedings pending against me of the kind described in 11 U.S.C. § 522(q)(1)(A) or 11 U.S.C. § 522(q)(1)(B), pursuant to 11 U.S.C. § 1328(h).

6. I have successfully completed an approved instructional course concerning personal financial management described in 11 U.S.C. § 111.

I/We request that a discharge be granted in accordance with 11 U.S.C. § 1328.

Dated: __8/27/2013__   /s/ __Bud Bush__
   Debtor signature

   /s/ _____
   Debtor signature

Attorney for Debtor:   __STEVEN J. STIPARO, ESQ.__
Address:   __3622 Silverside RD__
   __Wilmington, DE 19810__

Local Form 104
Del. Bankr. L.R. 3023-1(g)